UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61712-CIV-COHN/SNOW

DORSEY SUTTON,                                                                 Magistrate Judge Snow

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
An agency of the State of Florida, FLORIDA
PAROLE COMMISSION, An agency of the State of
Florida, T.J. HAAS, individually, KATY EDOUARD,
Individually, and BENITO CASAL, individually,

    Defendants.
_____/

**ORDER GRANTING MOTION TO CONTINUE TRIAL DATE**
**ORDER GRANTING MOTION TO LIMIT TESTMONY OF GREGORY MCCLINTIC**
**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court upon Defendant Department of Corrections' Motion to Continue the Trial Date [DE 150], Defendants Haas and Casal's Joinder in the motion [DE 160], Defendant Department of Corrections' Motion to Strike and/or Limit Testimony of Gregory McClintic [DE 133], Defendants Haas and Casal's Joinder in the motion [DE 136], Defendant Department of Corrections' Motion to Dismiss Defendant Edouard for lack of service [DE 163], and Defendant Department of Corrections' Motion for extension of time to file summary judgment motion [DE 174]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

**I. SCHEDULING MATTERS**

The Court previously extended the deadlines in this case and continued the trial at the unopposed request of Plaintiff [DE 139]. This time, Defendants Florida

Department of Corrections ("DOC"), joined by Defendants Haas and Casal, seek a trial continuance based upon long-standing vacation plans of the DOC counsel for mid-October, and the pregnancy leave of Haas and Casal's counsel from November 1, 2007 through December 21, 2007. The motion reports that Plaintiff opposes the trial continuance.

In a separate motion, DOC moves for a thirty-day extension of the deadline for summary judgment motions. The Court notes that Magistrate Judge Snow recently granted an unopposed motion to extend the discovery deadline to August 22, 2007. Finally, there is an ongoing discovery dispute including an appeal of Judge Snow's order providing for inspection by Plaintiff's counsel of DOC classification files for Miami-Dade County for a one year period and the compelling of testimony from the Defendant Florida Parole Commission ("FPC").[1]

Although Plaintiff opposes the trial continuance, Defendants' counsel has presented good cause to grant a continuance. The Court will accommodate both the DOC's counsel's pre-planned vacation plans and Haas and Casal's counsel medical unavailability. The Court will, however, set the trial for the very first week in January, with a Calendar Call on December 20, 2007.[2] Since the trial is continued, the Court will grant the request for an extension of the summary judgment deadline.

---

[1] A ruling on those discovery issues will be forthcoming in the next two weeks.

[2] Counsel for Haas and Casal may appear by telephone at the Calendar Call. If it appears prior to that time that any argument is needed on any motions in limine, it will be set for the following Thursday, December 27, 2007.

## II. OTHER MOTIONS RE WITNESS McCLINTIC AND DEFENDANT EDOUARD

Turning first to the motion to strike or limit the expert testimony of witness Gregory McClintic, Plaintiff does not oppose the motion to limit McClintic to only lay testimony. Plaintiff does not intend to offer him as an expert witness.

As to Defendant Edouard, over one year ago, the Court extended the deadline to serve Defendant Edouard until July 25, 2006 [DE 41]. Defendant Edouard has never been served, according to the docket, and Plaintiff did not respond to the present motion to formally dismiss her from this case. The Court will therefore dismiss her without prejudice for failure to serve.

## III. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendant Department of Corrections' Motion to Continue the Trial Date [DE 150] and Defendants Haas and Casal's Joinder in the motion [DE 160] are hereby **GRANTED**;

2.  Defendant Department of Corrections' Motion to Strike and/or Limit Testimony of Gregory McClintic [DE 133] and Defendants Haas and Casal's Joinder in the motion [DE 136] are hereby **GRANTED in part**, in that Witness McClintic shall be limited to lay testimony;

3.  Defendant Department of Corrections' Motion to Dismiss Defendant Edouard for lack of service [DE 163] is hereby **GRANTED**;

4.  Defendant Department of Corrections' Motion for extension of time to file summary judgment motion [DE 174] is hereby **GRANTED**;

5.  The following pretrial deadlines shall now apply to this case:

| | |
|---|---|
| Joinder of parties/amendment of pleadings | deadline passed |
| Expert Disclosures | deadline passed |
| Rebuttal Expert Disclosure | deadline passed |
| Discovery Cutoff | August 22, 2007 |
| Dispositive Motions | September 4, 2007 |
| <u>Daubert</u> motions: | October 1, 2007 |
| Motions in Limine | October 25, 2007 |
| Joint Pretrial Stipulation | November 29, 2007 |
| Deposition Designations for use at Trial | December 13, 2007 |
| Objections to Designations and Voir Dire Questions | Calendar Call |
| Calendar Call | December 20, 2007 |

2. This case is reset to the two-week trial period commencing January 2, 2008, in the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, FL 33301.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of August, 2007.

JAMES I. COHN
United States District Judge

copies to:

All counsel of record